```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _8/27/2024___
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ZEBONE BROWN, on behalf of herself and all others similarly situated,

                Plaintiffs,

-against-

DREAMING GODDESS, LLC,

                Defendant.

24 Civ. 4886 (AT)

**ORDER**

ANALISA TORRES, United States District Judge:

    On July 2, 2024, the Court ordered the parties to submit a joint letter and proposed case management plan by August 26, 2024. ECF No. 6. Those submissions are now overdue. In addition, Defendant has not appeared in this action despite being served on July 29, 2024.

    Accordingly, by **September 23, 2024**, the parties shall submit their joint letter and proposed case management plan. By that date, counsel for Defendant shall file a notice of appearance.

    SO ORDERED.

Dated: August 27, 2024
         New York, New York

_____
ANALISA TORRES
United States District Judge