UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ZEBONE BROWN, on behalf of herself and all others similarly situated,

                Plaintiffs,

-against-

DREAMING GODDESS, LLC,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _9/24/2024_

24 Civ. 4886 (AT)

**ORDER**

ANALISA TORRES, United States District Judge:

    On July 2, 2024, the Court ordered the parties to submit a joint letter and proposed case management plan by August 26, 2024. ECF No. 6. On August 27, after the parties failed to file those submissions, the Court ordered the parties to submit the joint letter and proposed case management plan by September 23, 2024. ECF No. 9. Those submissions are now overdue. In addition, Defendant has not appeared in this action, even though the Court ordered Defendant to file an appearance by September 23, 2024. *Id.*

    Accordingly, by **October 22, 2024**, the parties shall submit their joint letter and proposed case management plan. By that date, counsel for Defendant shall file a notice of appearance. Plaintiff is advised that further failure to comply with the Court's orders shall result in dismissal for failure to prosecute.

    SO ORDERED.

Dated: September 24, 2024
       New York, New York

                                        ANALISA TORRES
                                       United States District Judge