UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ZEBONE BROWN, on behalf of herself and all others similarly situated,

                Plaintiffs,

-against-

DREAMING GODDESS, LLC,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/12/2024___

24 Civ. 4886 (AT)

**ORDER**

ANALISA TORRES, United States District Judge:

    On October 23, 2024, the Court ordered Plaintiff to show cause why this action should not be dismissed for failure to prosecute by November 8, 2024. ECF No. 11. Plaintiff's submission is now overdue. Accordingly, by **December 12, 2024**, Plaintiff shall file her submission. Failure to respond will result in dismissal of this case.

    SO ORDERED.

Dated: November 12, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge